# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| ASHLEY NICHOLE BARNES and ADVENTEROUS IMAGES, LLC, | )<br>)<br>) NO. 1:25-cv-00033 |
| Plaintiffs, | )<br>) |
| | ) JUDGE CAMPBELL |
| v. | ) MAGISTRATE JUDGE HOLMES |
| | ) |
| CARLO LEWIS LOVOI and APEX AUTOSPORT, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 18) recommending Defendants' motion to dismiss (Doc. No. 10) be granted to the extent that it seeks dismissal for improper venue. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. Plaintiffs did not respond to Defendants' motion to dismiss and no objections to the Report and Recommendation have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 18) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** for improper venue. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE